OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 22, 2005

TO: Chukwuma E. Azubuko, Pro Se
P.O. Box 1351
Boston, MA 02117-1351

RE: **Return of Plaintiff's Emergency Motion for the Defendant to Return the Car** - CA 05-31 SLR - Azubuko v. Eastern Bank Incorporated

Dear Mr. Azubuko:

The Clerk's office has been directed to return referenced motion to you without action.

Your attention is invited to the Memorandum Order issued by the Court on 3/18/05 (D.I. #4). A copy of the docket sheet is enclosed for your reference. CA 05-31 is now closed, having been dismissed as frivolous.

Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you might be alleging.

Sincerely,

BY: _____
    / Deputy Clerk

PETER T. DALLEO
CLERK

Enclosure

cc: The Honorable Sue L. Robinson, CA 05-31 SLR

CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00031-SLR
## Internal Use Only

Azubuko v. Eastern Bank
Assigned to: Honorable Sue L. Robinson
Demand: $0
Cause: 15:1 Antitrust Litigation

Date Filed: 01/20/2005
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Chukwuma E. Azubuko**

represented by **Chukwuma E. Azubuko**
Chukwuma E. Azubuko, Pro se
P.O. Box 1351
Boston, MA 02117-1351
(617)265-6291
PRO SE

V.

**Defendant**

**Eastern Bank**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/20/2005 | 1 | MOTION by Chukwuma E. Azubuko with Proposed Order to Proceed in Forma Pauperis re: [1-1] motion (els) (Entered: 01/21/2005) |
| 01/20/2005 | 2 | COMPLAINT filed. (els) (Entered: 01/21/2005) |
| 01/26/2005 | 3 | CASE assigned to Judge Sue L. Robinson . Notice to all parties. (rjb) (Entered: 01/26/2005) |
| 02/28/2005 | 3 | USM 285 Form Received for Eastern Bank (fmt, ) (Entered: 02/28/2005) |
| 03/18/2005 | 4 | MEMORANDUM ORDER granting IFP motion D.I. 1 and DISMISSING CASE frivolous (copy to pltf.). Signed by Judge Sue L. Robinson on 3/18/05. (rld, ) (Entered: 03/18/2005) |