OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 23, 2005

TO: Chukwuma E. Azubuko, Pro Se
P.O. Box 1351
Boston, MA 02117-1351

RE: ***Return of "Plaintiff's for Court's Issuance of Specific Injunction Against the Defendant's Re-Possession of the Car"***,
CA 05-31 SLR - Azubuko v. Eastern Bank Incorporated

Dear Mr. Azubuko:

The Clerk's office has been directed to return referenced document to you without action.

Your attention is invited to the Memorandum Order issued by the Court on 3/18/05, D.I. #4. CA 05-31 is now closed, having been dismissed as frivolous.

Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you might be alleging.

Sincerely,

BY: [signature] Deputy Clerk
PETER T. DALLEO
CLERK

Enclosure

cc: The Honorable Sue L. Robinson, CA 05-31 SLR

CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00031-SLR
### Internal Use Only

Azubuko v. Eastern Bank  
Assigned to: Honorable Sue L. Robinson  
Demand: $0  
Cause: 15:1 Antitrust Litigation  

Date Filed: 01/20/2005  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**Chukwuma E. Azubuko**      represented by   **Chukwuma E. Azubuko**
Chukwuma E. Azubuko, Pro se
P.O. Box 1351
Boston, MA 02117-1351
(617)265-6291
PRO SE

V.

**Defendant**

**Eastern Bank**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/20/2005 | 1 | MOTION by Chukwuma E. Azubuko with Proposed Order to Proceed in Forma Pauperis re: [1-1] motion (els) (Entered: 01/21/2005) |
| 01/20/2005 | 2 | COMPLAINT filed. (els) (Entered: 01/21/2005) |
| 01/26/2005 | 3 | CASE assigned to Judge Sue L. Robinson. Notice to all parties. (rjb) (Entered: 01/26/2005) |
| 02/28/2005 |  | USM 285 Form Received for Eastern Bank (fmt, ) (Entered: 02/28/2005) |
| 03/18/2005 | 4 | MEMORANDUM ORDER granting IFP motion D.I. 1 and DISMISSING CASE frivolous (copy to pltf.). Signed by Judge Sue L. Robinson on 3/18/05. (rld, ) (Entered: 03/18/2005) |
| 03/22/2005 | 5 | Rejection Letter by the Court issued to Chukwuma E. Azubuko, Pro Se Regarding Return of Pltf's Emergency Motion for the Deft. to Return the Car; case is closed, having been dismissed as frivolous. (Attachments: # 1 Ltr Attchment - Motion Rejected) (fmt, ) (Entered: 03/23/2005) |