OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 24, 2005

TO: Chukwuma E. Azubuko, Pro Se
P.O. Box 1351
Boston, MA 02

RE: **Return of Letter to Ms. Cheryl Gavazzi, Eastern Bank, Lynn, MA** CA 05-31 SLR - Azubuko v. Eastern Bank Incorporated

Dear Mr. Azubuko:

The Clerk's office has been directed to return referenced document to you without action.

Your attention is invited to the Memorandum Order issued by the Court on 3/18/05, D.I. #4. CA 05-31 is now closed, having been dismissed as frivolous.

Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you might be alleging.

Sincerely,

BY: /s/
PETER T. DALLEO
CLERK

Enclosure

cc: The Honorable Sue L. Robinson, CA 05-31 SLR

Ms Cheryl Gavazzi
Collection Representative
Eastern Bank
One Eastern Place
Lynn MA 01901-1508

Mondy – March 21st - 2005

Re: <u>Azubuko Versus Eastern Bank: Docket Number 05-0031</u> SLR

Dear Ms Gavazzi

Your notice of repossession of 2000 Volvo S802 …" dated March 15th, 2005, postmarked March 17 and was received on Saturday – March 19th – 2005. [Exhibit 1]

It could interest you to know that the measure your Bank elected to embark upon despite being informed that there is a lawsuit associated with the transaction is illegal. It lends itself to contempt of the Court too.

On more scores than one, note that I am not interested in free riding, but my contention is that the interest rate is too high and the information, which caused it were unconstitutionally assembled. In essence, they lacked procedural and substantive due process as was constitutionally and statutorily provided. An "investigative report" never meant Buger King's information gathering. Feel your ears burning! I am not the author of "no life, liber and property should be deprived without due process." [Fifth Amendment] When the Constitution speaks everyone must listen.

In conclusion and if your Bank were lover of the rule of law and natural justice, I would like the car to be returned to where it was towed expeditiously. Regardless to the ugly state of things, I hope that your Bank should tailor its actions on the matter in question, at all material times in keeping with the law. Feelings will not be sound substitute for thinkings. The allowance of the former to prevail has always been characterized with danger.

Yours truly

CHUKWUMA E AZUBUKO
Eastern Bank's Victim of Injustice

cc: United States' District - For The District of Delaware
    Office of the Clerk 844 North King Street Lockbox 18 Wilmington – DE 19801



*Replied*
*Copied cc*

March 15, 2005

CHUKWUMA E AZUBUKO
PO BOX 1351
BOSTON MA 02117

Dear Customer:

NOTICE OF REPOSSESSION OF

2000 VOLVO S802 YV1TS94D0Y1146455

Please be advised that due to your default on the Motor Vehicle Installment Sales Note dated 10/18/03, the above described property was repossessed on 03-15-05. You have a right to redeem, (meaning to pay all sums due under said note) this property within 20 days from the date on which the property was repossessed.

If you do not redeem the property in the manner described above, it shall be sold in a commercially reasonable manner, as required by applicable Massachusetts Law, on or after the expiration of the redemption period provided above.

Please contact the undersigned if you have any questions.

Sincerely,


CHERYL GAVAZZI
COLLECTION REPRESENTATIVE
781-596-8070


EXHIBIT 01