# GENERAL LAWS OF MASSACHUSETTS

## PART I.
## ADMINISTRATION OF THE GOVERNMENT

## TITLE XV.
## REGULATION OF TRADE

**CHAPTER 106.** UNIFORM COMMERCIAL CODE

### PART 6. DISCHARGE AND PAYMENT

**Chapter 106: Section 3-604 Discharge by Cancellation or Renunciation**

Section 3-604. (a) A person entitled to enforce an instrument, with or without consideration, may discharge the obligation of a party to pay the instrument (i) by an intentional voluntary act, such as surrender of the instrument to the party, destruction, mutilation, or cancellation of the instrument, cancellation or striking out of the party's signature, or the addition of words to the instrument indicating discharge, or (ii) by agreeing not to sue or otherwise renouncing rights against the party by a signed writing.

(b) Cancellation or striking out of an indorsement pursuant to subsection (a) does not affect the status and rights of a party derived from the indorsement.

Return to:

**\*\* Next Section \*\* Previous Section \*\* Chapter Table of Contents \*\* Legislative Home Page**

EXHIBIT 01





**US CODE COLLECTION**

Collection home

Search

Prev | Next

TITLE 42 > CHAPTER 21 > SUBCHAPTER I > § 1981
## § 1981. Equal rights under the law

*Release date: 2005-02-25*

**(a) Statement of equal rights**  All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.

**(b) "Make and enforce contracts" defined**  For purposes of this section, the term "make and enforce contracts" includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship.

**(c) Protection against impairment**  The rights protected by this section are protected against impairment by nongovernmental discrimination and impairment under color of State law.

*Search this title:*

Search Title 42

Notes
Updates
Parallel authorities (CFR)
Your comments

Prev | Next

Credits          About us          Send email

**EXHIBIT 02**