UNITED STATES' DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
DELAWARE DIVISION

|  |  |
|---|---|
| AZUBUKO - <br>    Plaintiff <br><br> vs. <br><br> EASTERN BANK - <br>    Defendant | CIVIL ACTION NUMBER: <br> 05-031-SLR <br><br> **FILED** <br> MAR 3 1 2005 <br> U.S. DISTRICT COURT <br> DISTRICT OF DELAWARE |

**PLAINTIFF'S NOTICE OF APPEAL**

On more scores than one, "everyone should strive to keeping her/his straight arms" and "it is mankind that makes the land not to be good." The Plaintiff would like to appeal the Court's questionable ruling on the case to the United States' Third Circuit Appeals Court hand-dated March 18th, 2005 strikingly on the basis of "… of problems with the court's ability to exercise personal jurisdiction over defendant." It was received on Wednesday – March 23rd – 2005. It would be advantageous to promptly that there was no *jurisdictional discovery* whatsoever prior to the precocious dismissal!

The Plaintiff's Motion for Reconsideration was dated March 23rd and was mailed on March 26th – 2005. The motion was pending, but the Plaintiff's other submission/s had been returned, on the ground that the case had been closed. Such an obstruction of justice propensity would be meted out against the Motion for Reconsideration, all things being equal. Evidently, the appeal was timeous or timely.

Respectfully submitted on Monday – March 28th – 2005

_____
CHUKWUMA E. AZUBUKO,
Pro Se,
P. O. Box 1351,
Boston – MA 02117-1351.
(617) 265 62 91

### CERTIFICATE OF SERVICE

The Plaintiff under the penalties for perjury certified that a true copy of the head was served upon the Defendant —Eastern Bank at its known address -- One Eastern Place, Lynn – MA 01901-1508 via the United States' Postal Service pre-paid first-class mail on Monday – March 28th – 2005.

_____
CHUKWUMA E. AZUBUKO,
Pro Se.