IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHUKWUMA E. AZUBUKO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-031-SLR ) |
| EASTERN BANK, | ) ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this _11th_ day of April, 2005, having considered plaintiff's motion for reconsideration;

IT IS ORDERED that said motion (D.I. 9) is denied.  The purpose of a motion for reconsideration is to "correct manifest errors of law or fact or to present newly discovered evidence." Max's Seafood Café ex rel. Lou-Ann, Inc. v. Quinteros, 176 F.3d 669, 677 (3d Cir. 1999).  Accordingly, a court may alter or amend its judgment if the movant demonstrates at least one of the following:  (1) a change in the controlling law; (2) availability of new evidence not available when the decision issued; or (3) a need to correct a clear error of law or fact or to prevent manifest injustice.  See id.

2. Plaintiff has failed to demonstrate any of the aforementioned grounds to warrant a reconsideration of the court's March 18, 2005 order.

_____
United States District Judge