UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 5-2039

Azubuko

vs.

Eastern Bank

Chukwuma E. Azubuko, Appellant

(Delaware District Civil No. 05-cv-00031)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR Misc. 107.2,

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute;

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

Marcia M. Waldron
Clerk

A True Copy:
Marcia M. Waldron
Marcia M. Waldron, Clerk

Date: May 11, 2005

cc:
    Chukwuma E. Azubuko