BPS-327                                                August 4, 2005

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **05-2039**

CHUKWUMA E. AZUBUKO

VS.

EASTERN BANK

(D. DEL CIV. NO.05-CV-00031)

Present:     RENDELL, FISHER and VAN ANTWERPEN, Circuit Judges

Submitted are:

(1)     Appellant's motion to reopen appeal; and

(2)     Appellant's motion for leave to appeal in forma pauperis and affidavit in support thereof, pursuant to Rule 24, Federal Rules of Appellate Procedure

in the above-captioned case.

Respectfully,

Clerk

MMW/TRA/zm/par

_____ORDER_____

**The foregoing** motion to reopen this appeal is granted. Appellant's application to proceed in forma pauperis is granted. This appeal is not dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). The Clerk is directed to issue a briefing schedule.

By the Court,

/s/ *Franklin S. Van Antwerpen*
Circuit Judge

A True Copy
*Marcia M. Waldron*
Marcia M. Waldron, Clerk

Dated: August 17, 2005
parcc: Mr. C.E.A.