UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-2039

CHUKWUMA E. AZUBUKO,

Appellant

v.

EASTERN BANK

On Appeal From the United States District Court
For the District of Delaware
(D.C. Civ. No. 05-cv-00031)
District Judge: Honorable Sue L. Robinson

Submitted Under Third Circuit LAR 34.1(a)
December 14, 2005

Before: SLOVITER, SMITH AND VAN ANTWERPEN, CIRCUIT JUDGES

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the District of Delaware and was submitted pursuant to Third Circuit LAR 34.1(a). On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered March 18, 2005, be, and the same is hereby affirmed in part and vacated in

part. All of the above in accordance with the opinion of this Court.

ATTEST:

*Marcia M. Waldron*

Clerk

DATED: December 16, 2005

Certified as a true copy and issued in lieu
of a formal mandate on _____

Teste: *Marcia M. Waldron*

**Clerk, U.S. Court of Appeals for the Third Circuit**

Certified as a true copy and issued in lieu
of a formal mandate on __1/9/06__    TM

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**