# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

January 24, 2006

VIA UPS DELIVERY
Sarah Allison Thornton, Clerk of Court
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:  *Delaware Civil Case 1:05-031-SLR; Chukwuma E. Azubuko v. Eastern Bank*

Dear Clerk Thornton:

In accordance with the Memorandum Order issued by Chief Judge Sue L. Robinson, United States District Judge for the District of Delaware on January 20, 2006, I am transferring Delaware Civ. No. 1:05-031-SLR to the District of Massachusetts. Please find enclosed document items nos. 1-10 and 12-17, along with certified copies of this court's Memorandum Order and docket sheet.

This court began electronic filing as of March 1, 2005 thus all docket items filed as of that date and later are also available electronically on CM/ECF.

Please acknowledge receipt of the above by signing and dating the enclosed copy of this letter. Please return the same to me in the enclosed, self-addressed, envelope.

Sincerely,

Peter T. Dalleo, Clerk

By: _/s/ Rothanna L. Wolfe_
Deputy Clerk

Enclosures
cc:  The Honorable Sue L. Robinson
     C. Azubuko