# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801



February 9, 2006

VIA UPS DELIVERY
Sarah Allison Thornton, Clerk of Court
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

05-31-SLR

Re:   *Massachusetts Civil Case 06-10177-RGS: Chukwuma E. Azubuko v. Eastern Bank*

Dear Clerk Thornton:

Through this correspondence I am transmitting to the District of Massachusetts a document submitted to the District of Delaware from Mr. Azubuko on February 1, 2006, entitled "Plaintiff's Objection to Case Transfer". As the District of Delaware case is closed, we are sending this document to your court for filing in the above-referenced case.

Any further documents sent to this District from Mr. Azubuko in reference to this case shall be forwarded to your court in this same manner.

Please acknowledge receipt of the above by signing and dating the enclosed copy of this letter. Please return the same to me in the enclosed, self-addressed, envelope.

Sincerely,

Peter T. Dalleo, Clerk

By: _____
Deputy Clerk

Enclosures
cc:   The Honorable Sue L. Robinson
      C. Azubuko